440 A.2d 1252

Commonwealth v. Howell, Appellant.

Submitted June 23, 1981. Richard A. Bramhall, Jr., for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Order of the lower court is affirmed.

PRICE, J., did not participate in the consideration or decision of this case.